**Copyrights-In-Suit for IP Address 67.173.1.104**

**ISP:** Comcast Cable
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/30/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/29/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/30/2012 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/05/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 03/01/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/08/2013 |
| Aspirations | PA0001834669 | 04/10/2013 | 04/12/2013 | 04/14/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/26/2013 |
| By Myself | PA0001816167 | 11/20/2012 | 12/11/2012 | 11/28/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/11/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/08/2013 |
| Everlasting Friendship | PA0001834620 | 04/11/2013 | 04/12/2013 | 04/14/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/08/2013 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 11/28/2012 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 11/28/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 11/28/2012 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/08/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/05/2012 |
| Invisible | PA0001826860 | 02/19/2013 | 02/21/2013 | 03/01/2013 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/30/2012 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/28/2012 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/13/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/05/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 12/13/2012 |
| Miss You | PA0001833262 | 03/26/2013 | 04/01/2013 | 04/08/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/15/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/30/2012 |
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 04/08/2013 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 11/28/2012 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/08/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/05/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/12/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/11/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/11/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/28/2012 |

EXHIBIT B

NIL86

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/12/2013 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/16/2013 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/13/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 11/28/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/13/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/31/2012 |
| Tori The Endless Orgasm | PA0001762082 | 10/20/2010 | 11/18/2011 | 04/08/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/05/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/05/2013 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/13/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/13/2012 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 11/28/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/17/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/13/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/11/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 50**

EXHIBIT B

NIL86