IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                  Civil Action No. 1:13-cv-03699
                                           Judge Joan B. Gottschall

JOHN DOE, subscriber assigned IP address
67.173.1.104,

        Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 67.173.1.104. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: August 6, 2013

                                                     Respectfully submitted,

                                                     By: /s/ *Mary K. Schulz*
                                                     Mary K. Schulz
                                                     Schulz Law, P.C.
                                                     1144 E. State Street, Suite A260
                                                     Geneva, IL 60134
                                                      Phone: 224-535-9510
                                                      Email: SchulzLaw@me.com
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ *Mary K. Schulz*
                                                 Mary K. Schulz